**Order entered September 9, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00558-CR
No. 05-16-00559-CR
No. 05-16-00604-CR
No. 05-16-00605-CR
No. 05-16-00606-CR

**JOHN WARD HUNT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-00097-U, F15-00113-U,**
**F10-01239-U, F10-01240-U, F10-01241-U**

## ORDER

We **GRANT** court reporter Georgina Ware's September 7, 2016 request for an extension of time to file the reporter's record. The time to file the reporter's record is extended to **October 7, 2016**.

/s/     LANA MYERS
        JUSTICE